# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2005 WACHOVIA MORTGAGE LOAN TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2005-1 WMCI,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOES 1 through 50, and ROES 1 through X, inclusive,<br><br>Defendants. | 2:20-cv-00382-JCM-VCF<br>**<u>ORDER</u>** |

Before the Court is the United States of America's Motion for Extension of Time to Respond to Complaint (ECF No. 4).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on the United States of America's Motion for Extension of Time to Respond to Complaint (ECF No. 4) is scheduled for 11:00 AM, March 27, 2020.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 23rd day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE