# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

U.S. BANK NATIONAL ASSOCIATION, TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2005 WACHOVIA MORTGAGE LOAN TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2005-1 WMCI,

Plaintiffs,

vs.

UNITED STATES OF AMERICA; DOES 1 through 50, and ROES 1 through X, inclusive,

Defendants.

2:20-cv-00382-JCM-VCF

**ORDER**

Before the Court is the United States of America's Motion for Extension of Time to Respond to Complaint (ECF No. 4).

Due to a conflict on the Court's schedule, IT IS HEREBY ORDERED that a telephonic hearing on the United States of America's Motion for Extension of Time to Respond to Complaint (ECF No. 4) scheduled for 11:00 AM, March 27, 2020, is VACATED, and RESCHEDULED to 1:00 PM, April 3, 2020.

IT IS FURTHER ORDERED that the date by which defendant must respond to the complaint is vacated pending further order of the court.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the

///

///

1 proceedings is prohibited.

2     DATED this 24th day of March, 2020.

                                                 _____
                                                 CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE