**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Matthew D. Dayton, Esq., SBN: 11552
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone: 702-685-0329
Fax: 866-339-5691
Email: FDCNV@McCarthyHolthus.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2005 WACHOVIA MORTGAGE LOAN TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2005-1 WMC1,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 50, and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00382-JCM-VCF<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

COMES NOW, U.S. Bank National Association, Trustee under Pooling and Service Agreement dated as of September 1, 2005 Wachovia Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-1 WMC1 (hereinafter "US Bank"), by and through its counsel Matthew D. Dayton, of McCarthy & Holthus LLP, and Defendant, United States of America (hereinafter "USA"), by and through its counsel, Alexander E. Stevko, Esq., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

/ / /

/ / /

Page **1** of **2**       797122

| McCARTHY & HOLTHUS, LLP | US DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Kristin A. Schuler-Hintz | /s/ Alexander Stevko |
| Kristin A. Schuler-Hintz, Esq., SBN: 7171 | ALEXANDER E. STEVKO |
| Matthew D. Dayton, Esq., SBN: 115529510 | Trial Attorney, Tax Division |
| West Sahara Avenue, | U.S. Department of Justice |
| Suite 200 | P.O. Box 683 |
| Las Vegas, NV 89117 | Washington, D.C. 20044 |
| Attorneys for Plaintiff | Attorneys for the United States of America |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY, IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

UNITED STATES DISTRICT JUDGE

Dated: April 7, 2021